**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-6296

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

SERVANDO MENDOZA,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:23-cr-00044-D-1)

Submitted:  July 23, 2026                                    Decided:  July 28, 2026

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Servando Mendoza, Appellant Pro Se.  Lucy Partain Brown, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Servando Mendoza appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. "We review a district court's decision [whether] to reduce a sentence under § 3582(c)(2) for abuse of discretion and its ruling as to the scope of its legal authority under § 3582(c)(2) de novo." *United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013). Our review of the record reveals no error. The court clearly understood its authority to reduce Mendoza's sentence, recognized Mendoza's postsentencing conduct, and explained that a reduction was not warranted based on its review of the 18 U.S.C. § 3553(a) factors.

Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*